UNITED STATES DISTRICT COURT