PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Gustry Leshan Sailee**

**Docket No. 0:03CR00383-001(DWF)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gustry Leshan Sailee** who was sentenced for Conspiracy to Commit Mail Fraud and Identity Theft on August 25, 2005, by the Honorable Donovan W. Frank, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> **General Condition: The defendant shall refrain from any unlawful use of a controlled substance.**
>
> Drug testing conducted on June 2, 2007, tested positive for marijuana.

SCANNED
JUN 0 8 2007
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court on Tuesday, June 12, 2007, at 11:00 a.m. at the Interim St. Paul Courthouse at 180 East Fifth Street, St. Paul, Minnesota, Courtroom #1, to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 8th day of June, 2007, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368

Executed on June 8, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervision U.S. Probation Officer

cc: U.S. Attorney's Office
Federal Defender's Office