# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ZERO TOLERANCE HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

GUSTRY LASHAN SAILEE,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 03-383(DWF/SRN)
Date: June 12, 2007
Court Reporter: Jeanne Anderson
Time Commenced: 2:00
Time Concluded: 2:15
Time in Court: Hour & 15 Minutes

Before DONOVAN W. FRANK, United States Judge.

Interpreter:/ LANGUAGE:

APPEARANCES:

For Plaintiff: DAVID MACLAUGHLIN, Assistant United States Attorney
For Defendant: ANDREA GEORGE ☐ FPD ☐ CJA ☐ Retained ☐ Appointed

PROCEEDINGS:

☐ **Arraignment** on ☐ Information, ☐ Indictment
☐ **Change of Plea Hearing.**
☐ **Initial Appearance.**
☐ Indictment waived.
☐ Defendant withdraws plea of as to Count(s):

☒ PLEA:

☐ **Guilty as to Count(s):**
☐ "Nolo Contendere" as to Count(s):
☒ **Defendant admits to violation. SENTENCED to 48 hours in a county jail. SENTENCE STAYED. Defendant continued on Supervised Release under same terms and instructed to continue working with Probation Officer**.

☐ Presentence Investigation and Report requested.
☒ Supervision continued.
☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
☐ Defendants remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk