**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Gustry Lashan Sailee,

Defendant.

Criminal No. 03-383(1) (DWF/SRN)

**ORDER FOR DETERMINATION OF MENTAL COMPETENCY OF DEFENDANT**

---

David J. MacLaughlin, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Katherian D. Roe, Federal Defender, Federal Defender's Office, counsel for Defendant.

---

On January 4, 2008, Defendant Gustry Lashan Sailee appeared before the Court upon an allegation by the probation office that he had violated the terms of his supervised release. Mr. Sailee was accompanied by his stand-by counsel, Kate Menendez. The United States was represented by Assistant United States Attorney David J. MacLaughlin.

At the beginning of the hearing, Mr. Sailee made clear that he did not wish to be represented by Ms. Menendez. He then addressed the Court in a manner strongly suggesting that he may presently be suffering from a mental disease or defect rendering him incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Specifically, Mr. Sailee made repeated references to a conspiracy which he believes exists between, among other persons, Ms. Menendez, the probation officer, the Assistant United States Attorney, and even, perhaps, the Court. These statements, and the manner in which he made them, contrasted sharply with his demeanor and conduct at prior hearings before this Court at which his competence was unquestioned.

After Mr. Sailee's presentation to the Court, the United States made a motion to determine the mental competency of Mr. Sailee to face the supervised release violations alleged by the probation officer. The United States also moved the Court to commit Mr. Sailee to the custody of the Attorney General for a period not exceeding thirty days to enable the competency evaluation to be performed.

Title 18, United States Code, Section 4241(a) provides, in relevant part:

> (a) Motion to determine competency of defendant.– At any time after . . . the commencement of probation or supervised release and prior to the completion of the sentence, the defendant or the attorney for the government may file a motion for a hearing to determine the mental competency of the defendant. The Court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Title 18, United States Code, Section 4247(b) empowers the Court to order a psychological examination to be performed by a licensed or certified psychiatrist or psychologist and, for purposes of an examination pursuant to an order under Section

4241, to commit the person to be examined to the custody of the Attorney General for a period not exceeding thirty days.

Based not only upon the Court's observation of the Defendant at the hearing, but also upon the reports provided by the probation officer, the Court hereby grants the government's motion. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Defendant is remanded to the custody of the Attorney General for a period not to exceed thirty days;

2. During such period of incarceration, a licensed or certified psychiatrist or psychologist shall examine Mr. Sailee to determine whether Mr. Sailee is competent to face the allegations of supervised release alleged by the probation officer;

3. A psychiatric or psychological report shall be prepared by the examiner and filed with the Court, with copies provided to counsel for Mr. Sailee and the attorney for the government, which report shall set forth the findings required by Title 18, United States Code, Section 4247(c)(1), (2), (3), and (4)(A); and

4. The Bureau of Prisons is strongly urged, in the best interests of Defendant Sailee, to conduct the evaluation at a medical facility located in the State of Minnesota, given the history of Defendant Sailee.

Dated: January 7, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court