UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 03-383(1) DWF

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUSTRY LASHAN SAILEE,

Defendant.

**SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT**

The monetary imposition of special assessment and restitution in the above-entitled action has been paid in full.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Hennepin, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Hennepin County, as Document No. 8703822.

Dated: January 12, 2022

CHARLES J. KOVATS, JR.
Acting United States Attorney

BY: ERIN M. SECORD
Assistant U.S. Attorney
Attorney ID No. 0391789
Email: Erin.Secord@usdoj.gov
300 South Fourth Street
600 U.S. Courthouse
Minneapolis, MN 55415
(612) 664-5600